# EXHIBIT A



# RETURN OF SERVICE

State of FLORIDA                    County of BROWARD                    Circuit Court

Case Number: CACE 10-37689 (09)

Plaintiff:
**JAMES SOPER**

vs.

Defendant:
**AMERICAN TRAFFIC SOLUTIONS, INC.**

For:
Todd Payne, Esq.
ZEBERSKY & PAYNE, LLP
110 S.E. 6th Street
Suite 2150
Ft. Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 16th day of September, 2010 at 8:27 am to be served on **AMERICAN TRAFFIC SOLUTIONS, INC. R/A CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, ANDREW KARP, do hereby affirm that on the **17th day of September, 2010** at **1:35 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** EMPLOYEE OF CT CORPORATION SYSTEM as **Registered Agent** At the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** for **AMERICAN TRAFFIC SOLUTIONS, INC. R/A CT CORPORATION SYSTEM,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE.

ANDREW KARP
SPS #260

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2010015787

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g



IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Case No.

JAMES SOPER, On behalf of himself and all
others similarly situated,

     Plaintiff(s),

vs.

AMERICAN TRAFFIC SOLUTIONS, INC.

     Defendant(s).

                       /



10 - 37669

**SUMMONS**

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, in this action on Defendant: **AMERICAN TRAFFIC SOLUTIONS, INC.** **by serving its registered agent:** **CT Corporation System**
                                  **1200 South Pine Island Road**
                                  **Plantation, FL 33324**

     Each defendant is required to serve written defenses to the complaint or petition on Todd S. Payne, Esq. (FBN: 834520), Plaintiff's attorney, whose address is:

ZEBERSKY & PAYNE, LLP
110 SE 6th Street
Suite 2150
Fort Lauderdale, FL 33301
(954) 989-6333

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

     WITNESS my hand and seal of said Court _____.   SEP 16 2010

HOWARD C. FORMAN
As Clerk of said Court

By: Deputy Clerk

CIVIL COVER SHEET (COMPLEX LITIGATION UNIT)

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075.

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

**I. CASE STYLE**

CASE NO. _____

JUDGE _____

JAMES SOPER, on behalf of himself and all
other similarly situated,

    Plaintiff(s),

vs.

AMERICAN TRAFFIC SOLUTIONS, INC.,

    Defendant(s).

**I. TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an "x" in both the main category and subcategory boxes.

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability – commercial
    ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure $0 - $50,000
    ☐ Commercial foreclosure $50,001 - $249,999
    ☐ Commercial foreclosure $250,000 or more
    ☐ Homestead residential foreclosure $0 – $50,000
    ☐ Homestead residential foreclosure
        $50,001 - $249,999
    ☐ Homestead residential foreclosure $250,000 or more
    ☐ Non-homestead residential foreclosure $0 - $50,000
    ☐ Non-homestead residential foreclosure $50,001 - $249,999
    ☐ Non-homestead residential foreclosure $250,00 or more
    ☐ Other real property actions $0 - $50,000
    ☐ Other real property actions $50,001 - $249,999
    ☐ Other real property actions $250,000 or more
☐ Professional malpractice
    ☐ Malpractice – business
    ☐ Malpractice – medical
    ☐ Malpractice – other professional

☐ Other
    ☐ Antitrust/Trade Regulation
    ☐ Business Transaction
    ☐ Constitutional challenge-statute or ordinance
    ☐ Constitutional challenge-proposed amendment
    ☐ Corporate Trusts
    ☐ Discrimination-employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation
    ☐ Damages

III.   **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

IV.    **NUMBER OF CAUSES OF ACTION:** (4)
(Specify)_____ Declaratory Judgment & Injunctive Relief, Deceptive Conduct, Unfair Conduct, Unjust
Enrichment _____ .

V.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ Yes
☒ No

☒ **This case is appropriate for assignment to the Complex Litigation Unit.**

**Please see attached Business Commercial Addendum if filing a commercial case.**

**Definition of Complex Litigation.** A "complex case" is a case involving a complex legal and case management issues requiring extensive judicial management to expedite the case, keep costs reasonable, and promote effective decision making by the court, the parties, and counsel.

In deciding whether an action is a complex case, the court must consider whether the action (excluding domestic relations cases) is likely to involve:

(a)   Numerous pre-trial motions raising difficult or novel legal issues or legal issues that are inextricably intertwined that will be time consuming to resolve;
(b)   Management of a large number of separately represented parties;
(c)   Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court;
(d)   Management of a large number of witnesses or a substantial amount of documentary evidence (including electronically stored information);Substantial time required to complete the trial;
(e)   Management at trial of a large number of expert witnesses, attorneys or exhibits;
(f)   Substantial post-judgment judicial supervision; and
(g)   Any other factors identified by the court or a party.

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☒ Yes – If "yes" list all related cases by name, case number and court:

_____

_____

_____

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☒ No

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature:_____          Fla. Bar # _____834520_____
                Attorney or Party                                                    (if attorney)

____Todd S. Payne, Esq._____          Date: __9 - 15 - 10__
        Type or print name

## CIVIL COVER SHEET BUSINESS-COMMERCIAL ADDENDUM
### (PARTY OR ATTORNEY FILING ACTION MUST SELECT WHICH APPLIES)

Cases Subject to Complex Litigation Unit. All jury, non-jury, injunction and class action case shall be assigned to the Complex Litigation Unit if they are among the following types of actions.

THE PARTY OR ATTORNEY FILING ACTION MUST CIRCLE AT LEAST ONE OF THE PARAGRAPHS NUMBERS BELOW:

     A.    Any of the following where the amount in controversy is in excess of $150,000:

     1.    Claims arising from U.C.C. related transactions, if complex;

     2.    Claims arising from the purchase and sales of business or the assets of a business including contract disputes, commercial landlord-tenant claims and business torts;

     (3.)    Claims involving the sale of goods of services by or to business enterprises, if complex;

     4.    Claims involving non-consumer bank or brokerage accounts, including loan, deposit, cash management, and investment accounts;

     5.    Claims arising from the purchase, sale, lease of real or personal property or related security interest, if complex;

     6.    Claims related to construction litigation (non-personal injury) and surety bonds;

     7.    Franchise/franchisor relationships and liabilities;

     8.    Malpractice claims of non-medical professionals in connection with rendering services to a business enterprise;

     9.    Insurance coverage disputes, bad faith suits, and third party indemnity actions against insurers arising under policies issued to businesses, such as those claims arising under a commercial general liability policy or commercial property policy; and

     10.    Other complex disputes of a commercial nature (including fraudulent transactions), excluding those listed in Section 3 of Administrative Order Number 2008-1-Civ. Cases eligible under this category will normally have four or more parties, multiple claims and defenses, third party, cross or counterclaims, complex factual or legal issues, or other unusual features warranting assignment to the Complex Litigation Unit.

B.   Any of the following where the amount in controversy is in excess of $100,000.00:

1.   Actions relating to the internal affairs or governance, dissolution or liquidation rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises;

2.   Actions relating to trade secrets and non-compete agreements;

3.   Intellectual property claims;

4.   Actions relating to securities or relating to or arising under the securities laws or antitrust statutes;

5.   Shareholder derivative suits and class actions involving claims that are subject to the Commercial Litigation Unit, pursuant to Administrative Order Number 2008-1-Civ.;

6.   Actions relating to corporate trust affairs or directors and officer liability.

NOTE:  A copy of the Civil Cover Sheet and this Addendum must be served with the Complaint.   See Administrative Order Number 2008-1-Civ for further Complex Litigation Unit procedures.



IN THE CIRCUIT COURT OF THE 17TH JUDICIALCIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

Class Complaint



JAMES SOPER, on behalf of
himself and all others similarly
situated,

      Plaintiff,

v.

AMERICAN TRAFFIC
SOLUTIONS, INC.,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES

Plaintiff, JAMES SOPER (hereinafter referred to as "SOPER"), on behalf of himself and all others similarly situated, sues Defendant, AMERICAN TRAFFIC SOLUTIONS, INC. (hereinafter referred to as "ATS"), and alleges as follows:

## THE PARTIES

1.    This is a claim for monetary, declaratory and injunctive relief brought on behalf of a class whose aggregate damages exceeds $15,000.00 exclusive of all interest, costs and attorneys fees, as well as additional individual damages. There is no federal diversity jurisdiction, as no class members seek damages in excess of $75,000.00 and this case is not subject to removal to federal court. SOPER is a citizen of the State of Florida and is otherwise *Sui Juris*.

2.    Defendant ATS, is in the business of providing certain collection services to rental car companies, including Hertz, whereby ATS charges Hertz customers renting

1

automobiles for tolls and administrative fees. Defendant ATS has an agent who transacts business and/or agents in Broward County, Florida thereby making venue appropriate in Broward County, Florida.

3.     This is a class action brought on behalf of Plaintiff SOPER and all similarly affected consumers in Florida based upon wrongful conduct by Defendant ATS in Florida pursuant to the Florida Deceptive and Unfair Trade Practices Act, Florida Statute § 501.201 et seq. ("FDUTPA"). Plaintiff and all similarly affected consumers in Florida also bring a Florida common law claim for unjust enrichment.

4.     This action seeks injunctive relief and damages.

5.     This class action is brought on behalf of all persons who were assessed an "administrative fee" for toll charges without proper disclosure and/or related to actual toll usage.

6.     On February 15, 2010 SOPER rented a vehicle from Hertz. Plaintiff SOPER was quoted a specific rate for the rental. SOPER did not enter into a contract with Defendant ATS nor was he told of or the nature of any administrative fees [by Defendant ATS] or the amounts of any additional charges, including, but not limited to a "toll charge" or "administrative fee" associated with the "toll charge". A true and accurate copy of the rental agreement between Plaintiff SOPER and Hertz is attached hereto as **Exhibit A**.

*A. Administrative Fee Language For Charges by ATS*

7.     With respect to Defendant ATS, the rental agreement only provided:

13.     PARKING AND TRAFFIC VIOLATIONS/TOLLS/PRIVACY/KEYS

a.    PAY YOUR TICKETS/TOLLS IMMEDIATELY: You will be responsible for and pay all parking or traffic violation fines and penalties, all towing, storage and impoundment fees and all tolls and tickets charged to the Car during the rental period. You authorize Hertz to release your rental and charge card information to its designated vendor "American Traffic Solutions" for the exclusive purpose of processing and billing for fines, penalties and fees. You also agree to indemnify Hertz or American Traffic Solutions if they pay same. You agree to pay, upon billing, an administrative fee related to the cost of collection or cost of providing information about You to a court or governmental agency for each unpaid parking, toll or other citation incurred during the term of this rental.

B. *ATS Charge*

8.    During the rental, Plaintiff SOPER utilized highways which were subject to tolls and was billed a total of $14.25 <u>by</u> Defendant ATS ("ATS Charge") reflected on his credit card several weeks after the rental vehicle was returned. A copy of Defendant ATS' receipt is attached hereto and incorporated herein as **Exhibit B**.

9.    The ATS charge is comprised of $4.25 in tolls and a $10.00 "Administrative Fee." These charges were in addition to the disclosed rental charges. Plaintiff SOPER was never advised that these were automatic mandatory charges or how they were to be calculated.

10.    Upon information and belief, and based upon Defendant ATS' receipt, Defendant ATS assesses an "administrative fee" per day, regardless of whether a toll is used for that particular day, not to exceed $10 month. In the instant action, Plaintiff SOPER's vehicle was rented from February 15, 2010 through February 25, 2010. SOPER went through only three tolls on February 23, 2010, but was charged in addition to the amount of the tolls, $10.00 or "$2.50/day, Max $10.00/month."

11.    Upon information and belief, this deceptive and unfair business practice, perpetrated against Plaintiff SOPER was not unique to Plaintiff SOPER. Defendant

3

ATS had and has a uniform practice and/or policy not to disclose the administrative fee, or its nature, calculation or amount at the time of the rental.

12.    Defendant ATS' uniform practice and/or policy of assessing an "administrative fee" in addition to the toll charge without disclosure at the time of the purchasing decision is a deceptive and unfair trade practice, because it: (a) fails to inform the consumer that additional charges will be assessed in addition to the rental rate; (b) what the amount of the additional charges will be and how they are calculated; and (c) is not supported by any documentation provided to the renter.

13.    Defendant ATS' uniform practice and/or policy of assessing an undisclosed "administrative fee" for toll charges is a hidden profit and provides an unjust enrichment for Defendant ATS.

14.    Upon information and belief, there have been thousands of vehicle rentals in the State of Florida during the class period where Defendant ATS has assessed an "administrative fee." These consumers who collectively comprise the Class, sustained actual damages by virtue of their automatic payment of an "administrative fee." All of the administrative fee(s) paid by the Plaintiff and the Class were retained by Defendant ATS for its own use and benefit.

15.    The claims of the Plaintiff SOPER and Class members arise out of Defendant ATS' uniform course of conduct.

16.    Upon information and belief, Defendant ATS' unfair and deceptive business practice is continuing at present throughout the State of Florida and thereby unreasonably interferes with the consumers' ability to make free and informed choices in the marketplace.

4

17.     Plaintiff is aggrieved by Defendant ATS' conduct complained of herein. He has been injured by conduct of Defendant ATS which violates Chapter 501 of the Florida Statutes, specifically §§ 501.201-213, et seq., which provides consumers, such as Plaintiff SOPER and the members of the Class he seeks to represent; protection from unconscionable, deceptive and unfair trade practices.  Plaintiff SOPER and the Class assert claims under the Florida Deceptive and Unfair Trade Practices Act, §§ 501.201-213 et seq. Fla. Stat., as well as a claim for unjust enrichment and seek injunctive relief and damages, including, but not limited to:

a.      refund of the "administrative fee" paid to ATS, including any taxes assessed on the amounts of the surcharges; and

b.      an injunction requiring ATS to disclose the amount of the "administrative fee" for the toll charge in advance of the rental or at the time of check in.

18.     Plaintiff has retained the undersigned attorneys to represent him in this matter, and has agreed to pay reasonable attorneys' fees for their services.

## CLASS REPRESENTATION ALLEGATIONS

19.     Pursuant to Florida Rules of Civil Procedure 1.220(b)(2) and 1.220(b)(3), Plaintiff SOPER brings this claim on behalf of a class of persons where Defendant ATS has charged an "administrative fee."

20.     This class consists of and is defined as:

"all persons that have paid to ATS an administrative fee associated with the rental of a vehicle in the State of Florida within four years of the date of the Complaint".

21.     The class also consists of the following subclass:

"all persons that have paid to ATS an administrative fee associated with the rental of a vehicle in the State of Florida who did not pay a toll on a specific day, but were charged an administrative fee."

5

22.     Plaintiff alleges, on information and belief, that the number of class members is so numerous that joinder of them is impractical. Plaintiff SOPER's belief is based on the assumption that Defendant ATS does not disclose the existence, amount or nature of the "administrative fee" in rental agreements. The members of the class will be easily ascertained through Defendant ATS' records and will consist of all persons who were charged an "administrative fee" by Defendant ATS.

23.     The Class Representative raises common questions of law or fact that are common to the class as a whole. The common issues of fact are as follows:

> a. whether, pursuant to uniform policy and/or practice, ATS violated FDUTPA by denying each member of the Class the opportunity to make an informed purchasing decision;
>
> b. whether, pursuant to uniform policy and/or practice, ATS violated FDUTPA by failing to disclose at the time of the purchasing decision the assessment and/or nature of an "administrative fee";
>
> c. whether, pursuant to uniform policy and/or practice, ATS violated FDUTPA by failing to disclose at the time that a vehicle was rented the amount of the "administrative fee" for the toll charge;
>
> d. whether ATS was unjustly enriched by collecting and retaining undisclosed "administrative fees";
>
> e. whether members of the Class sustained damages as a result of ATS' violations of FDUTPA, and
>
> f. the determination as to the proper measure of such damages.

24.     The claim of the Class Representative is typical of the claims that would be asserted by other members of the class in that each class member will claim and assert similar relief for the wrongful action taken by Defendant ATS. The Class Representative also seeks injunctive relief pursuant to Florida law.

25.     The Class Representative is an individual that will fairly and adequately protect and represent the interests of each member of the class. Additionally, the Class Representative is fully cognizant of his responsibility as class representative and has retained experienced counsel fully capable of, and intent upon, vigorously pursuing the action.

26.     The questions of law or fact common to the Class Representative's claim and the claim of each member of the class as described above predominate over any questions of law or fact affecting only individual members of the class. Moreover, class representation is clearly superior to other available methods for the fair and efficient adjudication of this controversy. Additionally, Defendant ATS' actions are generally applicable to the class as a whole thereby making injunctive relief to the entire class particularly appropriate.

## COUNT I
## DECEPTIVE AND/OR UNFAIR CONDUCT UNDER FDUTPA

Plaintiffs reallege paragraphs 1-26 above as if fully set forth herein.

27.     This is an action for injunctive relief and to recover damages caused by ATS' deceptive and/or unfair trade practices in violation of FDUTPA.

28.     ATS' assessment and collection of an "administrative fee" for its own use and benefit constitutes unfair and/or deceptive conduct under FDUTPA.

29.     As a result of ATS' unfair and/or deceptive trade practices, Plaintiff and the Class had no reasonable opportunity to understand or avoid paying ATS' "administrative fee".

7

30.     ATS' uniform practice of failing to disclose an "administrative fee" at the time of the purchasing decision and/or at check in and revealing the charges at a later time is unfair, deceptive, and likely to mislead consumers. Further, when it appears for the first time on the customer's credit card statement, it creates the appearance that the term "administrative fee" means legally required charges – akin to a state tax – collected by ATS and the amount is therefore reasonable.

31.     As a result of Defendant ATS' unfair and/or deceptive trade practices, Plaintiff and the Class suffered actual damages equal to the amount of the "administrative fee" assessed and collected by ATS.

32.     Additionally, Plaintiffs and the Class are entitled to an award of attorneys fees' pursuant to FDUTPA if they and/or the Class prevail.

### COUNT II
### UNJUST ENRICHMENT

Plaintiffs reallege paragraphs 1-26 above as if fully set forth herein.

33.     Plaintiff and the Class unknowingly conferred a benefit on Defendant ATS, which ATS had knowledge of and failed to disclose until the time of payment.

34.     Defendant ATS voluntarily accepted and retained for its own use and benefit the administrative fees it collected from the Plaintiff and the Class.

35.     The circumstances are such that it would be inequitable for Defendant ATS to retain the benefit of the excess funds which it improperly collected from Plaintiff and the Class as an "administrative fee".

36.     Defendant ATS has been unjustly enriched, and the Plaintiff and the Class have been damaged, by ATS' collection and retention of the "administrative fee".

8

Plaintiff and the Class have suffered actual damages which are equal to the amount of the "administrative fee" assessed and collected by Defendant ATS.

37.     In order to remedy the damages suffered by the Plaintiff SOPER and the Class, Defendant ATS should be required to disgorge all funds that it improperly collected from the Plaintiff and the Class earmarked as the "administrative fee," which Defendant ATS retained for its own use and benefit.

## PRAYER FOR RELIEF

a.  certify this action to proceed as a class action and designate the Plaintiff and the undersigned counsel as the representatives thereof;

b.  declare that ATS' practices described herein are unconscionable, unfair and/or deceptive in violation of FDUTPA;

c.  enjoin ATS from assessing and collecting an "administrative fee" without proper disclosure and compliance with Florida law;

d.  award compensatory damages to the Plaintiff and the Class equal to the amount of the "administrative fee" collected by ATS, together with interest as provided by law;

e.  order ATS to disgorge to the Plaintiff and the Class all funds that were wrongfully collected under the guise of an "administrative fee";

f.  award Plaintiff and all others similarly situated their reasonable attorneys' fees, prejudgment interest, costs and expense incurred in this action, including reasonable fees of experts; and

g.  grant such other and further relief as may be appropriate under the circumstances.

9

Dated this 15th day of September, 2010.

Respectfully submitted,

ZEBERSKY & PAYNE, LLP
Attorneys for Plaintiffs
110 SE 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781

By:_____
TODD S. PAYNE, ESQ.
FBN: 834520
EDWARD H. ZEBERSKY, ESQ.
FBN: 908370

and

*Co-Counsel*
The Herskowitz Law Firm
Jon M. Herskowitz, Esq., FBN: 814032
9100 S. Dadeland Blvd.
Datran One Building
Penthouse One, Suite 1704
Miami, Florida 33156
Telephone: (305) 670-0101
Facsimile: (305) 670-2393

10

## RENTAL AGREEMENT TERMS AND CONDITIONS

THESE TERMS AND CONDITIONS, THE RENTAL RECORD SIGNED BY YOU AND ANY OTHER DOCUMENTS WHICH YOU ARE REQUIRED TO SIGN WHEN YOU RENT THE CAR, TOGETHER CONSTITUTE THE AGREEMENT ("THIS AGREEMENT") FOR THE RENTAL OF THE VEHICLE IDENTIFIED ON THE RENTAL RECORD, INCLUDING ALL OF ITS PARTS ("CAR"). THIS AGREEMENT IS BETWEEN YOU AND THE HERTZ COMPANY WHICH IS IDENTIFIED ON THE RENTAL RECORD ("HERTZ").

### 1.   NATURE OF THIS AGREEMENT

You are obtaining solely a bailment that allows You to use the Car as permitted by this Agreement. You acknowledge that the Car is owned by Hertz. No one other than Hertz may transfer the Car or any rights or obligations under this Agreement. Any attempted transfer or sublease of the Car by anyone other than Hertz is void. Neither You nor any Authorized Operators are agents of Hertz. No one may service or repair the Car without Hertz's prior express approval. HERTZ MAKES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR THAT THE CAR IS FIT FOR ANY PARTICULAR PURPOSE.

### 2.   WHO MAY OPERATE THE CAR

Only You and the following persons, with Your permission ("Authorized Operators"), may operate the Car: (a) For rentals commencing in the state of Iowa , your spouse and Your employer, employees and fellow employees incidental to their business duties; (b) for rentals ("Replacement Rentals") which are designated as replacement rentals on the Rental Record, any person specifically named as an insured on Your automobile policy; and (c) for rentals other than Replacement Rentals, any other person who meets Hertz's qualifications and who signs an Additional Authorized Operator form at the time of rental or who is authorized under Your Hertz CDP number, if any, shown on the Rental Record. All Authorized Operators must be at least 25 years old and must have a valid driver's license from a jurisdiction acceptable to Hertz, except that persons operating the Car pursuant to clause (b) above need only be at least 21 years old. Except to the extent necessary for valet parking or in an emergency as permitted by law, no other persons are permitted to operate the Car; for purposes hereof, an "emergency" shall mean urgent circumstances which, under the laws of the jurisdiction in which the alleged emergency occurred, would justify the operation of an automobile by an unlicensed driver. With respect to persons who must sign an Additional Authorized Operator Form, other qualifications may, at Hertz's discretion, be in effect at the time and place of rental and, where permitted by law, Hertz may impose an additional fee for such persons. By operating the Car (whether or not an Additional Authorized Operator form is completed), an Authorized Operator will be deemed jointly and severally responsible for Your obligations under this Agreement related to the Car, as well as for any obligations that this Agreement directly imposes on an Authorized Operator of the Car (for example: the obligations contained in Paragraphs 9 and 10(o)).

### 3.   RETURN

ORDINARY WEAR DUE TO REASONABLE USE EXCEPTED, YOU MUST RETURN THE CAR TO HERTZ IN THE SAME CONDITION IT IS IN WHEN YOU RECEIVE IT. YOU MUST RETURN THE CAR TO HERTZ BY THE DUE DATE SPECIFIED ON THE RENTAL RECORD, OR SOONER IF DEMANDED BY HERTZ. IN NO EVENT MAY YOU KEEP THE CAR FOR MORE THAN THIRTY (30) DAYS (IN NEW JERSEY, OHIO AND SOUTH DAKOTA, 28 DAYS), UNLESS AUTHORIZED IN WRITING BY HERTZ. THE CAR WILL REMAIN SUBJECT TO THESE TERMS AND CONDITIONS UNTIL HERTZ HAS INSPECTED AND ACCEPTED IT; IF YOU RETURN THE CAR AFTER HOURS, (A) YOU ARE RESPONSIBLE FOR ANY DAMAGE TO THE CAR UNTIL HERTZ HAS INSPECTED AND ACCEPTED IT ON THE NEXT DAY THAT THE RETURN LOCATION IS OPEN FOR BUSINESS AND (B) TIME CHARGES, CHARGES FOR LDW, PAI/PEC AND LIS, AND ANY CHARGES FOR ADDITIONAL SERVICES OR OTHER CHARGES WHICH ARE STATED ON THE RENTAL RECORD AS A PERIODIC RATE, MAY CONTINUE TO ACCRUE UNTIL THE RETURN LOCATION REOPENS FOR BUSINESS. IF YOU DO NOT RETURN THE CAR WHEN REQUIRED BY THIS AGREEMENT, THEN AFTER HERTZ SENDS YOU A WRITTEN DEMAND TO RETURN IT, SENT TO YOUR ADDRESS SHOWN ON THE RENTAL RECORD OR OTHERWISE PROVIDED TO HERTZ, HERTZ MAY, AT YOUR EXPENSE, RECOVER THE CAR WHERE AND WHEN IT IS FOUND. IF THE CAR IS FOUND ILLEGALLY PARKED OR APPARENTLY ABANDONED, OR IF THE CAR IS USED OR OBTAINED AS PROHIBITED UNDER PARAGRAPH 5, THEN HERTZ MAY RECOVER THE CAR WITHOUT DEMAND. TO THE EXTENT PERMITTED BY LAW, YOU WAIVE ANY RIGHT TO A HEARING OR TO RECEIVE ANY NOTICE OR LEGAL PROCESS AS A PRE-CONDITION FOR HERTZ RECOVERING THE CAR. UPON RETURN, IF THE CAR REQUIRES MORE THAN HERTZ' STANDARD CLEANING OR THERE IS EVIDENCE OF SMOKING IN A NON-SMOKING VEHICLE, HERTZ MAY CHARGE YOU AN ADDITIONAL FEE TO HAVE THE CAR CLEANED.

EXHIBIT "A"

4. YOUR RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE CAR AND OPTIONAL DAMAGE WAIVERS
a. EXCEPT AS STATED BELOW, YOU ARE RESPONSIBLE FOR ANY AND ALL LOSS OF OR DAMAGE TO THE CAR RESULTING FROM ANY CAUSE INCLUDING BUT NOT LIMITED TO COLLISION, ROLLOVER, THEFT, VANDALISM, SEIZURE, FIRE, FLOOD, HAIL OR OTHER ACTS OF NATURE OR GOD REGARDLESS OF FAULT.

b. EXCEPT AS STATED BELOW, YOUR RESPONSIBILITY WILL NOT EXCEED THE GREATER OF THE RETAIL FAIR MARKET VALUE OF THE CAR OR ITS MANUFACTURER BUYBACK PROGRAM VALUE AT THE TIME THE CAR IS LOST OR DAMAGED, LESS ITS SALVAGE VALUE, PLUS ACTUAL TOWING, STORAGE AND IMPOUND FEES, AN ADMINISTRATIVE CHARGE AND A REASONABLE CHARGE FOR LOSS OF USE. AS MORE GENERALLY PROVIDED IN PARAGRAPH 6, HERTZ MAY, WHERE PERMITTED UNDER APPLICABLE LAW, PROCESS ONE OR MORE VOUCHERS OR PAYMENT SLIPS AGAINST YOUR CREDIT CARD FOR THESE LOSSES, COSTS AND CHARGES, TOGETHER WITH ANY OTHER APPLICABLE CHARGES, AT OR FOLLOWING THE COMPLETION OF THE RENTAL.

c. YOUR RESPONSIBILITY FOR DAMAGE DUE TO THEFT OR OTHERWISE IS LIMITED BY LAW IN CERTAIN JURISDICTIONS. THE FOLLOWING LIMITATIONS EXIST.

1) FOR RENTALS COMMENCING IN ILLINOIS, YOUR RESPONSIBILITY FOR LOSS OR DAMAGE DUE TO CAUSES OTHER THAN THEFT WILL NOT EXCEED $14,500 THROUGH MAY 31, 2010, WHICH LIMIT WILL INCREASE BY $500 PER YEAR STARTING JUNE 1, 2010; AND YOUR RESPONSIBILITY FOR THEFT WILL NOT EXCEED $2,000 UNLESS IT IS ESTABLISHED THAT YOU OR AN AUTHORIZED OPERATOR FAILED TO EXERCISE ORDINARY CARE WHILE IN POSSESSION OF THE CAR OR COMMITTED OR AIDED IN THE COMMISSION OF THE THEFT.

2) FOR RENTALS COMMENCING IN INDIANA, YOU WILL BE RESPONSIBLE FOR NO MORE THAN (1) LOSS OR DAMAGE TO THE CAR UP TO ITS FAIR MARKET VALUE RESULTING FROM COLLISION, THEFT OR VANDALISM, (2) LOSS OF USE OF THE CAR, IF YOU ARE LIABLE FOR DAMAGE, (3) ACTUAL CHARGES FOR TOWING, STORAGE AND IMPOUND FEES PAID BY HERTZ, IF YOU ARE LIABLE FOR DAMAGE, AND (4) AN ADMINISTRATIVE CHARGE.

3) FOR RENTALS COMMENCING IN NEVADA, (A) YOUR RESPONSIBILITY FOR LOSS OR DAMAGE TO THE CAR WILL NOT EXCEED THE FAIR MARKET VALUE OF THE CAR AT THE TIME THE CAR IS LOST OR DAMAGED PLUS ACTUAL TOWING, STORAGE AND IMPOUND FEES, AN ADMINISTRATIVE CHARGE AND A REASONABLE CHARGE FOR LOSS OF USE; (B) YOUR RESPONSIBILITY FOR DAMAGE TO THE CAR AND LOSS OF USE OF THE CAR RESULTING FROM VANDALISM NOT RELATED TO THE THEFT OF THE CAR AND NOT CAUSED BY YOU WILL NOT EXCEED $2,500; AND (C) YOU ARE NOT RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR RESULTING FROM THEFT OR VANDALISM RELATED TO THE THEFT IF YOU HAVE POSSESSION OF THE IGNITION KEY OR YOU ESTABLISH

THAT THE IGNITION KEY WAS NOT IN THE CAR AT THE TIME OF THE THEFT, YOU FILE AN OFFICIAL REPORT OF THE THEFT WITH THE POLICE WITHIN 24 HOURS OF LEARNING OF THE THEFT AND YOU COOPERATE WITH HERTZ AND THE POLICE IN PROVIDING INFORMATION REGARDING THE THEFT, AND NEITHER YOU NOR AN AUTHORIZED OPERATOR COMMITTED OR AIDED AND ABETTED THE COMMISSION OF THE THEFT.

4) FOR RENTALS COMMENCING IN WISCONSIN, (A) YOU ARE NOT RESPONSIBLE FOR ANY DAMAGE TO THE CAR OTHER THAN DAMAGE (x) RESULTING FROM AN ACCIDENT OCCURRING WHILE THE CAR IS OPERATED BY YOU OR AN AUTHORIZED OPERATOR OR (y) CAUSED INTENTIONALLY BY, OR BY THE RECKLESS OR WANTON MISCONDUCT OF, YOU OR AN AUTHORIZED OPERATOR; AND (B) YOUR RESPONSIBILITY WILL NOT EXCEED THE FAIR MARKET VALUE OF THE CAR IMMEDIATELY BEFORE THE DAMAGE OCCURS, LESS ITS SALVAGE VALUE, PLUS ACTUAL TOWING FEES AND STORAGE FEES FOR NO MORE THAN 2 DAYS.

YOUR RESPONSIBILITY MAY ALSO BE LIMITED IN OTHER JURISDICTIONS.

d.   IF YOU HAVE ACCEPTED THE OPTIONAL LOSS DAMAGE WAIVER ("LDW") , WHICH IS NOT INSURANCE, HERTZ WILL NOT HOLD YOU RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR EXCEPT AS DESCRIBED IN SUBPARAGRAPH 4(e). IF YOU HAVE ACCEPTED THE OPTIONAL PARTIAL DAMAGE WAIVER ("PDW"), WHICH IS NOT INSURANCE AND WHICH IS NOT AVAILABLE FOR ALL RENTALS, HERTZ WILL NOT HOLD YOU RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR, EXCEPT AS DESCRIBED IN SUBPARAGRAPH 4(e), UP TO AN AMOUNT EQUAL TO THE LESSER OF $1,000 AND ANY DEDUCTIBLE UNDER YOUR OWN AUTOMOBILE INSURANCE THAT APPLIES TO THE DAMAGE SUSTAINED BY THE CAR. IF YOU ACCEPT PDW, YOUR INSURER WILL BE BILLED FOR THE FULL AMOUNT OF THE LOSS; ONLY THE APPLICABLE DEDUCTIBLE UNDER YOUR POLICY (UP TO $1,000) IS WAIVED AFTER THE LOSS IS PAID. PDW IS NOT AVAILABLE IN NEVADA AND TEXAS. IN THOSE STATES WHERE THE SALE OF DAMAGE WAIVERS IS REGULATED OR PROHIBITED, THAT LAW WILL GOVERN YOUR RESPONSIBILITY FOR LOSS OF OR DAMAGE TO THE CAR.

PURCHASE OF LDW OR PDW, WHICH ENTAILS AN ADDITIONAL CHARGE, IS NOT REQUIRED IN ORDER TO RENT A CAR AND MAY BE DECLINED. YOUR OWN INSURANCE (OR THAT OF AN AUTHORIZED OPERATOR) MAY COVER ALL OR PART OF YOUR FINANCIAL RESPONSIBILITY (OR THAT OF THE AUTHORIZED OPERATOR) FOR LOSS OF OR DAMAGE TO THE CAR. BEFORE DECIDING WHETHER TO PURCHASE LDW OR PDW, YOU ARE ADVISED TO CONSULT WITH YOUR INSURER AND/OR EXAMINE YOUR AUTOMOBILE INSURANCE POLICY AND THAT OF ANY AUTHORIZED OPERATOR TO DETERMINE WHETHER THE POLICY AFFORDS COVERAGE FOR LOSS OF OR DAMAGE TO A RENTED VEHICLE, AND, IF SO, THE TERMS AND SCOPE OF SUCH COVERAGE, INCLUDING THE AMOUNT OF THE DEDUCTIBLE AND ANY OTHER LIMITATIONS AND EXCESSES. YOU ARE ALSO ADVISED TO DETERMINE WHETHER SUCH COVERAGE IS PROVIDED UNDER THE AGREEMENT REGARDING THE CREDIT CARD WHICH IS USED TO PAY FOR THE RENTAL OR FROM ANY OTHER SOURCE AND, IF SO, THE TERMS AND SCOPE OF SUCH COVERAGE.

e.   USE OF THE CAR IN A MANNER PROHIBITED IN PARAGRAPH 5 WILL, TO THE EXTENT PERMITTED BY APPLICABLE LAW, VOID LDW

GN190000S (10/09)

AND PDW AND CAUSE YOU TO BE RESPONSIBLE FOR LOSS OF OR DAMAGE TO THE CAR RESULTING FROM THAT PROHIBITED USE.

FOR RENTALS COMMENCING IN NEVADA, THOUGH, IF YOU HAVE ACCEPTED LDW OR PDW, THEN YOUR LDW OR PDW WILL BE VOID ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) DAMAGE OR LOSS RESULTING FROM (A)THE INTENTIONAL, WILLFUL, WANTON OR RECKLESS CONDUCT OF YOU OR AN AUTHORIZED OPERATOR, (B) OPERATION OF THE CAR BY YOU OR AN AUTHORIZED OPERATOR WHILE UNDER THE INFLUENCE OF DRUGS OR ALCOHOL IN VIOLATION OF THE LAWS OF THE STATE IN WHICH THE LOSS OR DAMAGE OCCURS (IN NEVADA, THE APPLICABLE LAW IS SECTION 484.379 OF THE NEVADA REVISED STATUTES), (C) YOU OR AN AUTHORIZED OPERATOR USING THE CAR TO TOW OR PUSH ANYTHING, OR (D) OPERATION OF THE CAR BY YOU OR AN AUTHORIZED OPERATOR ON AN UNPAVED ROAD IF THE DAMAGE OR LOSS IS A DIRECT RESULT OF THE ROAD OR DRIVING CONDITIONS; (II) DAMAGE OR LOSS OCCURRING WHEN THE CAR IS (A) USED FOR HIRE, (B) USED IN CONNECTION WITH CONDUCT THAT CONSTITUTES A FELONY, (C) INVOLVED IN A SPEED TEST OR CONTEST OR IN DRIVER TRAINING ACTIVITY, (D) OPERATED BY A PERSON OTHER THAN YOU OR AN AUTHORIZED OPERATOR, OR (E) OPERATED OUTSIDE OF THE UNITED STATES OR CANADA, UNLESS YOU HAVE FIRST OBTAINED SPECIFIC WRITTEN PERMISSION TO DO SO FROM HERTZ, WHICH PERMISSION MAY BE WITHHELD IN HERTZ'S SOLE DISCRETION; OR (III) IF THE CAR WAS RENTED AS A RESULT OF FRAUDULENT INFORMATION PROVIDED TO HERTZ BY YOU OR AN AUTHORIZED OPERATOR, OR AS A RESULT OF FALSE INFORMATION PROVIDED TO HERTZ BY YOU OR AN AUTHORIZED OPERATOR IF HERTZ WOULD NOT HAVE RENTED THE CAR IF IT HAD RECEIVED TRUE INFORMATION, OR IF THE THEFT WAS COMMITTED BY YOU OR AN AUTHORIZED OPERATOR OR YOU OR AN AUTHORIZED OPERATOR AIDED ANOTHER PERSON IN THE THEFT. A THEFT IS PRESUMED TO HAVE BEEN COMMITTED BY A PERSON OTHER THAN YOU OR AN AUTHORIZED OPERATOR IF YOU HAVE POSSESSION OF THE KEY OR ESTABLISH THAT THE KEY WAS NOT IN THE CAR AT THE TIME OF THE THEFT AND YOU FILE AN OFFICIAL REPORT WITH THE POLICE WITHIN 24 HOURS OF LEARNING OF THE THEFT AND COOPERATE WITH HERTZ AND THE POLICE IN PROVIDING INFORMATION REGARDING THE THEFT. HERTZ MAY REBUT THE PRESUMPTION STATED ABOVE BY ESTABLISHING THAT YOU OR AN AUTHORIZED OPERATOR COMMITTED OR AIDED ANOTHER PERSON IN THE THEFT.

FOR RENTALS COMMENCING IN INDIANA, IOWA AND RHODE ISLAND, THE CIRCUMSTANCES UNDER WHICH LDW/PDW WILL NOT RELIEVE YOU OF YOUR RESPONSIBILITY FOR LOSS OR DAMAGE TO THE CAR APPEAR ON THE RENTAL RECORD.

FOR RENTALS COMMENCING IN WISCONSIN, THE CIRCUMSTANCES UNDER WHICH LDW/PDW WILL NOT RELIEVE YOU OF YOUR RESPONSIBILITY FOR LOSS OR DAMAGE TO THE CAR APPEAR ON A SEPARATE LOSS DAMAGE WAIVER DISCLOSURE FORM WHICH WILL BE GIVEN TO YOU AT THE COMMENCEMENT OF THE RENTAL.

I. YOU GRANT HERTZ A LIMITED POWER OF ATTORNEY TO PRESENT CLAIMS FOR DAMAGE TO OR LOSS OF THE CAR TO YOUR INSURANCE CARRIER.

5. **PROHIBITED USE OF THE CAR**
NEITHER YOU NOR ANY AUTHORIZED OPERATOR MAY:
a. PERMIT THE USE OF THE CAR BY ANYONE OTHER THAN YOU OR AN AUTHORIZED OPERATOR;
b. INTENTIONALLY DESTROY, DAMAGE OR AID IN THE THEFT OF THE CAR;

c. TAKE OR ATTEMPT TO TAKE THE CAR INTO MEXICO OR TO ANYWHERE ELSE OUTSIDE OF THE UNITED STATES OR CANADA, EXCEPT AS EXPRESSLY PERMITTED UNDER THIS AGREEMENT;

d. ENGAGE IN ANY WILLFUL OR WANTON MISCONDUCT, WHICH, AMONG OTHER THINGS, MAY INCLUDE RECKLESS CONDUCT SUCH AS: THE FAILURE TO USE SEAT BELTS, THE FAILURE TO USE CHILD SEATS OR OTHER CHILD RESTRAINTS WHERE LEGALLY REQUIRED, USE WHEN OVER-LOADED, USE OFF PAVED ROADS OR ON ROADS WHICH ARE NOT REGULARLY MAINTAINED, LEAVING THE CAR AND FAIL-ING TO REMOVE THE KEYS, OR FAILING TO CLOSE AND LOCK ALL DOORS, CAR WINDOWS OR THE TRUNK;

e. USE OR PERMIT THE USE OF THE CAR BY ANYONE:

1) WHILE LEGALLY INTOXICATED OR UNDER THE INFLUENCE OF ALCOHOL, DRUGS OR OTHER ABSORBED ELEMENTS WHICH MAY ADVERSELY AFFECT A PERSON'S ABILITY TO DRIVE SAFELY;

2) FOR ANY PURPOSE THAT COULD PROPERLY BE CHARGED AS A CRIME, SUCH AS THE ILLEGAL TRANS-PORTATION OF PERSONS, DRUGS OR CONTRABAND;

3) TO TOW OR PUSH ANYTHING UNLESS SPECIFICALLY AUTHORIZED IN WRITING BY HERTZ TO TOW;

4) IN A SPEED TEST, SPEED CONTEST, RACE, RALLY, SPEED ENDURANCE CONTEST OR DEMONSTRATION;

5) IN DRIVER TRAINING ACTIVITY;

6) TO CARRY PERSONS OR PROPERTY FOR HIRE (I.E., FOR A CHARGE OR FEE);

7) IF THE CAR HAS BEEN OBTAINED FROM HERTZ BY FRAUD OR MISREPRESENTATION; OR

8) TO CARRY HAZARDOUS MATERIALS (OTHER THAN CUSTOMARY QUANTITIES OF MATERIALS USED IN THE OPERATION OF THE CAR THAT ARE STORED WITHIN THE CONTAINERS PROVIDED FOR THEM), EXPLOSIVES, BIO-LOGICALLY ACTIVE MATERIALS THAT ARE HAZARDOUS TO HUMAN HEALTH OR RADIOACTIVE MATERIAL INCLUDING, BUT NOT LIMITED TO, ANY BIOLOGICALLY ACTIVE OR RADIOACTIVE MATERIAL FOR RESEARCH, EDUCATION, DEVELOPMENT OR INDUSTRIAL PURPOSES, OR FOR PURPOSES INCIDENTAL THERETO;

f. FOR RENTALS IN HAWAII, TAKE OR ATTEMPT TO TAKE THE CAR OFF THE ISLANDS OF HAWAII; AND

ANY USE OF THE CAR IN A MANNER PROHIBITED ABOVE:

i. TO THE EXTENT PERMITTED BY APPLICABLE LAW, WILL CAUSE YOU TO LOSE THE BENEFIT OF ANY LIMITATION ON YOUR LIABILITY FOR LOSS OF OR DAMAGE TO THE CAR, EVEN IF YOU HAVE ACCEPTED LDW OR PDW;

ii. TO THE EXTENT PERMITTED BY APPLICABLE LAW, WILL CAUSE YOU TO LOSE THE BENEFIT OF ALL PERSONAL ACCIDENT INSURANCE ("PAI") AND PERSONAL EFFECTS COVERAGE ("PEC"), LIABILITY INSURANCE SUPPLEMENT ("LIS") COVERAGE AND LIABILITY PROTECTION PROVIDED BY HERTZ UNDER THIS AGREEMENT; AND

iii. WILL CONSTITUTE A BREACH OF THIS AGREEMENT, MAKING YOU RESPONSIBLE, TO THE FULLEST EXTENT PERMITTED BY LAW, FOR THE ACTUAL AND CONSEQUENTIAL DAMAGES TO HERTZ CAUSED BY THE BREACH, TOGETHER WITH HERTZ'S RELATED COSTS AND ATTORNEYS' FEES.

6.   PAYMENT OF CHARGES
You and any person, corporation or other entity to whom, with Hertz's consent, You expressly direct the charges in any way incurred under this Agreement ("Charge") to be billed, are jointly and severally responsible for payment of all Charges. If You direct Charges to be billed to any person, corporation or other entity, You represent that You are authorized to do so. Charges not paid on time as required by this Agreement may be subject to a late payment fee. You may also be charged a fee for any check used for payment of Charges that is returned to Hertz unpaid or for any credit, charge, debit/check or stored value/prepaid/gift card charges which are not honored by the card issuer. Payment for all Charges is due at the completion of the rental in cash or by a credit card, charge card, debit/check card or other device acceptable to Hertz; however, special rules may apply for rentals which are paid for with prepaid vouchers or coupons—see below. You may be required to present a credit, charge or debit/check card at the commencement of the rental and to agree to permit Hertz to bill Charges to that card. Stored value/prepaid/gift cards are not, and debit/check cards may not be, acceptable to qualify for rental, but both types of cards may be used for payment at return. Charges not known to Hertz at the completion of the rental are payable by You, or by the person, corporation or other entity to whom such Charges are to be billed, immediately upon receipt of an invoice therefore or by billing to the credit, charge or debit/check card presented at the time of rental, even if cash, another credit, charge or debit/check card, or a stored value/prepaid/gift card, was used to pay for charges at the completion of the rental. The payment of Charges by use of a credit, charge, debit/check or stored value/prepaid/gift card is governed by the terms of Your agreement with the card issuer. IF YOU PRESENT A CREDIT, CHARGE CARD OR DEBIT/CHECK CARD AT THE COMMENCEMENT OF THE RENTAL, YOU AUTHORIZE HERTZ TO RESERVE CREDIT WITH, OR OBTAIN AN AUTHORIZATION FROM, THE CARD ISSUER AT THE TIME OF RENTAL IN AN AMOUNT THAT IS UP TO $200 GREATER THAN THE ESTIMATED CHARGES EXCLUSIVE OF ANY APPLICABLE DISCOUNTS OR PROMOTIONS THAT ARE APPLIED AT TIME OF RETURN. IF YOU USE A DEBIT/CHECK CARD TO QUALIFY FOR A RENTAL, HERTZ WILL NOT BE LIABLE FOR OVERDRAFT CHARGES, OR FOR ANY OTHER LOSSES OR LIABILITIES WHICH YOU MAY INCUR, IN THE EVENT THAT YOU OVERDRAW YOUR ACCOUNT AFTER HERTZ RECEIVES THIS AUTHORIZATION. IF THE AUTHORIZATION OBTAINED AT THE COMMENCEMENT OF THE RENTAL EXCEEDS THE ACTUAL CHARGES INCURRED IN CONNECTION WITH THE RENTAL, THERE MAY BE A DELAY BETWEEN THE TIME THAT THE CHARGES ARE RECEIVED BY YOUR CARD ISSUER AND THE TIME THAT THE CARD ISSUER RELEASE THE EXCESS. HERTZ WILL PROCESS ONE OR MORE VOUCHERS OR PAYMENT SLIPS FOR ALL ACTUAL CHARGES AT OR FOLLOWING THE COMPLETION OF THE RENTAL. Hertz may audit all Charges. If any errors are found, You will pay the corrected Charges. If payment was by credit, charge, debit/check or stored value/prepaid/gift card, You authorize Hertz to correct the Charges with the card issuer. Hertz will notify You of any correction.

Hertz may from time to time issue prepaid vouchers or coupons represented either by documents or by entries in Hertz's records ("Vouchers") which may be used to pay rental charges subject to the terms and conditions of the Vouchers. Vouchers must be submitted at the time that the rental commences. Persons who pay by voucher may be required to pay the amount by

which the estimated charges for the rental exceed the value of the Voucher at the commencement of the rental.

7.     COMPUTATION OF CHARGES

a.     TIME CHARGES are computed at the rates specified on the Rental Record for days, weeks, months, extra hours and extra days (including days in excess of any longer specified time period). THE MINIMUM RENTAL CHARGE IS FOR ONE RENTAL DAY. RENTAL DAYS CONSIST OF CONSECUTIVE 24-HOUR PERIODS STARTING AT THE TIME THE RENTAL BEGINS, OR ANY PORTION OF A CALENDAR DAY, AS NOTED ON THE RENTAL RECORD. The extra hours rate shown on the Rental Record is charged for each full or partial hour in excess of a rental day until such extra hours' charges equal the daily rate specified on the Rental Record for an extra day. As stated in Paragraph 3, if the Car is returned after hours, charges may continue to accrue until the return location reopens for business. IF YOU FAIL TO COMPLY WITH ANY CONDITIONS SPECIFIED ON THE RENTAL RECORD APPLICABLE TO SPECIAL RATES, HERTZ'S OTHERWISE APPLICABLE RENTAL RATES WILL BE CHARGED.

b.     MILEAGE CHARGES, including those for extra miles, if any, are based on the per mile rate specified on the Rental Record. The number of miles driven is determined by subtracting the Car's odometer reading at the beginning of the rental from the reading when the Car is returned, excluding tenths of miles. The per mile rate is then multiplied by the number of miles driven or, in the case of extra miles, by the number of miles driven in excess of the number of miles allowed, as specified on the Rental Record. The result is the Mileage Charge.

c.     A SERVICE CHARGE may be applied if You return the Car to any location other than the location from which it is rented.

d.     LDW, PDW, PAI/PEC and LIS CHARGES, if applicable, are due and payable in full for each full or partial rental day, at the rates specified on the Rental Record.

e.     TAXES, TAX REIMBURSEMENTS, VEHICLE LICENSING FEES, AIRPORT AND/OR HOTEL RELATED FEES AND FEE RECOVERIES, GOVERNMENTAL OR OTHER SURCHARGES AND SIMILAR FEES are charged/recovered as and where required or permitted by applicable law.

f.     RECOVERY EXPENSE consists of all costs of any kind incurred by Hertz in recovering the Car either under this Agreement, or if it is seized by governmental authorities as a result of its use by You, any Authorized Operator or any other operator with Your, his or her permission, including, but not limited to, all attorneys' fees, court costs, and an Administrative Fee.

g.     COLLECTION EXPENSE consists of all costs of any kind incurred by Hertz in collecting Charges from You or the person, corporation or other entity to whom they are billed, including but not limited to all attorneys' fees and court costs.

h.     LATE PAYMENT FEES may be applied to any balance due for Charges that are not paid within 30 days of Hertz's mailing an invoice for such Charges to You or the person, corporation or other entity to whom they are to be billed. Such invoice may be mailed either to Your or their address specified at time of rental, or Your or their billing address on file with Hertz.

i.     FINES AND OTHER EXPENSES include, but are not limited to, fines, penalties, attorneys' fees and court costs assessed against or paid by Hertz resulting from the use of the Car by You, any Authorized Operator or any other operator with Your, his or her permission.

j.     CHARGES FOR ADDITIONAL SERVICES, such as Hertz NeverLost®, In-Car Navigation System and infant and toddler car seats, if applicable, will be charged at the applicable rates specified on the Rental Record. Charges for additional services, if stated on the Rental Record as a daily rate, are due and payable for each full or partial rental day.

k.     ANY OTHER CHARGES specified on the Rental Record will be charged at the applicable rates specified on the Rental Record. Any such charges which are stated on the Rental Record as a daily rate shall be due and payable for each full or partial rental day.

l.     Charges will continue to accrue until the Car is returned to Hertz or, if the Car has been stolen, until You report the theft both to the police in the jurisdiction in which the theft occurs and to Hertz.

8. REFUELING OPTIONS

Most Hertz rentals come with a full tank of gas, but that is not always the case. There are three refueling options:

(1) IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT, You will not pay Hertz a charge for fuel.

(2) IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT, Hertz will charge You a Fuel and Service Charge at the applicable per-mile or per-gallon rate specified on the Rental Record.

(a) The per-mile rate is used if You do not buy fuel during the rental. To calculate this amount, Hertz multiplies the number of miles driven, as shown on the car's odometer, times the per-mile rate shown on the Rental Record.

(b) The per-gallon rate is used if You buy fuel during the rental but the tank is not as full when You return the Car as when You received it. To calculate this amount, Hertz multiplies the number of gallons needed to refill the fuel tank to the level it was at when You received the Car, times the per-gallon rate.

ALTHOUGH TWO METHODS ARE USED FOR EASE OF CALCULATION, THE PER-MILE AND PER-GALLON RATES PRODUCE APPROXIMATELY THE SAME RESULT.

(3) IF YOU CHOOSE TO PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE OPTION, You will be charged as shown on the Rental Record for that purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN ADDITIONAL FUEL AND SERVICE CHARGE, BUT YOU WILL NOT RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN, except in the following cases:

(a) For rentals in Hawaii, if You return the Car with a full tank of fuel, You will receive a credit for the amount previously charged for the purchase of fuel from Hertz.

(b) For rentals other than Replacement Rentals, if You drive the Car 100 miles or less and return it with less than a full tank of fuel, You will receive credit for the amount previously charged for the purchase of fuel from Hertz and will be charged for the fuel used at the per-mile rate shown on the Rental Record, but only if this will reduce the amount You pay for fuel.

EXCEPT FOR RENTALS AS TO WHICH CLAUSE (a) OR (b) OF SUB-PARAGRAPH (3) BECOMES APPLICABLE, THE PER GALLON COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER THAN THE FUEL AND SERVICE CHARGE, BUT IF YOU ELECT THE FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE CHARGE OR THE FUEL PURCHASE OPTION. HOW-EVER, THE FUEL AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL THE CAR PRIOR TO RETURN.

9. RESPONSIBILITY FOR PROPERTY

YOU AGREE THAT HERTZ IS NOT RESPONSIBLE TO YOU, ANY AUTHOR-IZED OPERATORS OR ANYONE ELSE FOR ANY LOSS OF OR DAMAGE TO YOUR OR THEIR PERSONAL PROPERTY CAUSED BY YOUR OR THEIR ACTS OR OMISSIONS, THOSE OF ANY THIRD PARTY OR, TO THE EXTENT PERMITTED BY LAW, BY HERTZ'S NEGLIGENCE. YOU AND ANY AUTHORIZED OPERATORS HEREBY WAIVE ANY CLAIM AGAINST HERTZ, ITS AGENTS, EMPLOYEES OR AFFILIATES, FOR LOSS OF OR DAMAGE TO YOUR OR ANYONE ELSE'S PERSONAL PROPERTY WHICH INCLUDES, WITHOUT LIMITATION, PROPERTY LEFT IN ANY HERTZ VEHICLE OR BROUGHT ON HERTZ'S PREMISES, CAUSED BY YOU OR ANY AUTHORIZED OPERATOR, BY ANY THIRD PARTY OR, TO THE EXTENT PERMITTED BY LAW, BY HERTZ'S NEGLIGENCE WHETHER IN WHOLE OR IN PART. YOU AND ANY AUTHORIZED OPER-ATORS AGREE TO INDEMNIFY AND HOLD HERTZ HARMLESS FROM ANY CLAIM AGAINST HERTZ FOR LOSS OF OR DAMAGE TO PERSON-AL PROPERTY THAT IS CONNECTED WITH ANY RENTAL UNDER THIS AGREEMENT.

10. LIABILITY PROTECTION

THE FOLLOWING SUBPARAGRAPH (a) APPLIES IF THE PROVISIONS OF YOUR CDP NUMBER OR RATE PLAN SHOWN ON THE RENTAL RECORD, IF ANY, OR, IN THE CASE OF A REPLACEMENT RENTAL, THE APPLICABLE CONTRACT, IF ANY, BETWEEN HERTZ AND THE AUTOMOBILE INSURER WHICH IS RESPONSIBLE FOR DAMAGE TO OR LOSS OF YOUR VEHICLE (A "RESPONSIBLE INSURER"), INCLUDE THE EXTENSION BY HERTZ OF LIABILITY PROTECTION.

a. WITHIN THE LIMITS STATED IN THIS SUBPARAGRAPH, HERTZ WILL INDEMNIFY, HOLD HARMLESS, AND DEFEND YOU AND ANY OTHER AUTHORIZED OPERATORS FROM AND AGAINST LIABILITY TO THIRD PARTIES, WHICH BY DEFINITION EXCLUDES ANY OF YOUR OR ANY AUTHORIZED OPERATOR'S FAMILY MEMBERS RELATED BY BLOOD, MARRIAGE OR ADOPTION RESIDING WITH YOU OR THEM, FOR BODILY INJURY (INCLUDING DEATH) AND PROPERTY DAMAGE, IF THE ACCIDENT RESULTS FROM THE USE OF THE CAR AS PERMITTED BY THIS AGREEMENT. THE LIMITS OF THIS PROTECTION, INCLUDING OWNER'S LIABILITY, ARE THE SAME AS THE MINIMUM LIMITS REQUIRED BY THE AUTOMOBILE FINANCIAL RESPONSIBILITY LAW OF THE JURISDICTION IN WHICH THE ACCIDENT OCCURS, UNLESS HIGHER LIMITS APPLY FOR THE CDP NUMBER OR RATE PLAN SHOWN ON THE RENTAL RECORD, IF ANY, OR, IN THE CASE OF A REPLACEMENT RENTAL, THE APPLICABLE CONTRACT BETWEEN HERTZ AND THE RESPONSIBLE INSURER, IF ANY. THESE LIMITS MAY NOT BE ADEQUATE TO FULLY COVER YOUR LIABILITY IN THE EVENT THAT YOU ARE INVOLVED IN AN ACCIDENT. THIS PROTECTION WILL CONFORM TO THE BASIC REQUIREMENTS OF ANY APPLICABLE MANDATORY "NO FAULT" LAW BUT DOES NOT INCLUDE "UNINSURED MOTORIST" "UNDERINSURED MOTORIST," "SUPPLEMENTARY NO FAULT" OR ANY OTHER OPTIONAL COVERAGE. TO THE EXTENT PERMITTED BY LAW, HERTZ AND YOU HEREBY WAIVE AND REJECT THE INCLUSION OF ANY SUCH PROTECTION. If such protection is imposed by operation of law, then the limits of such protection will be the minimum required for primary liability protection by the law of the jurisdiction in which the accident occurs. Hertz warrants that the protection described in this subparagraph is primary with respect to any insurance coverage which You or an Authorized Operator may have.

THE FOLLOWING SUBPARAGRAPH (b) APPLIES FOR ALL RENTALS OTHER THAN THOSE NOTED IN SUBPARAGRAPH (a).

b. IF YOU DO NOT PURCHASE LIABILITY INSURANCE SUPPLEMENT (LIS) (A SUMMARY OF LIS COVERAGE APPEARS BELOW) AT THE COMMENCEMENT OF THE RENTAL AND AN ACCIDENT RESULTS FROM THE USE OF THE CAR, YOUR INSURANCE AND THE INSURANCE OF THE OPERATOR OF THE CAR WILL BE PRIMARY. THIS MEANS THAT HERTZ WILL NOT GRANT ANY DEFENSE OR INDEMNITY PROTECTION UNDER THIS PARAGRAPH IF EITHER YOU OR THE OPERATOR OF THE CAR ARE COVERED BY ANY VALID AND COLLECTIBLE AUTOMOBILE LIABILITY INSURANCE, WHETHER PRIMARY, EXCESS OR CONTINGENT, WITH LIMITS AT LEAST EQUAL TO THE MINIMUM REQUIRED BY THE APPLICABLE STATE FINANCIAL RESPONSIBILITY LAW. IF NEITHER YOU NOR THE OPERATOR OF THE CAR HAVE SUCH INSURANCE, HERTZ WILL GRANT YOU AND ANY AUTHORIZED OPERATOR OF THE CAR LIMITED PROTECTION UNDER THE TERMS AND CONDITIONS STATED IN SUBPARAGRAPHS 10(a) AND 10(c).

FOR RENTALS COMMENCING IN FLORIDA: Florida law requires Hertz's liability protection and personal injury protection to be primary unless otherwise stated. Therefore, Hertz hereby informs You that the valid and collectible liability insurance and personal injury protection of You or any Authorized Operator is primary for the limits of liability and personal injury protection coverage required by ss.324.021 (7) and 627.736, Florida statutes, unless Your CDP number or rate plan or, in the case of a Replacement Rental, the applicable contract, if any, between Hertz and the automobile insurer which is responsible for damage to or loss of your vehicle, includes the extension by Hertz of liability protection or You accept the optional LIS. Primary insurance means that, in the event of a covered loss, Your insurance or that of the Authorized Operator would be responsible for the payment of personal injury or property damage claims up to the limits of that insurance.

c. YOU AND ALL OPERATORS WILL INDEMNIFY AND HOLD HERTZ ITS AGENTS, EMPLOYEES AND AFFILIATES HARMLESS FROM AND AGAINST ANY AND ALL LOSS, LIABILITY, CLAIM, DEMAND, CAUSE OF ACTION, ATTORNEYS' FEES AND EXPENSE OF ANY KIND (A "LOSS") IN EXCESS OF THE LIMITS STATED HEREIN OR BEYOND THE SCOPE OF THE PROTECTION PROVIDED FOR HEREIN, IF ANY, ARISING FROM THE

USE OR POSSESSION OF THE CAR BY YOU, ANY AUTHORIZED OPERATOR OR ANY OTHER OPERATOR(S) WITH YOUR, HIS OR HER PERMISSION, INCLUDING BUT NOT LIMITED TO ATTORNEYS' FEES INCURRED BY HERTZ TO ENFORCE ANY OF ITS RIGHTS HEREUNDER, UNLESS SUCH LOSS ARISES OUT OF HERTZ'S SOLE NEGLIGENCE.

d.     The Car may not be driven into Mexico without first obtaining specific written permission from Hertz, which permission may be withheld in Hertz's sole discretion. If permitted, You must first obtain through Hertz insurance valid in Mexico. Hertz does not provide any liability protection with this Agreement while a Car is in Mexico.

**11.     ACCIDENTS, THEFT AND VANDALISM**
You must promptly and property report any accident, theft or vandalism involving the Car to Hertz and to the police in the jurisdiction in which such incident takes place. You should obtain details of witnesses and other vehicles involved and their drivers, owners and relevant insurances wherever possible. If You or any Authorized Operator receive any papers relating to such an incident, those papers must be promptly given to Hertz. You and any Authorized Operators must cooperate fully with Hertz's investigation of such incident and defense of any resulting claim. FAILURE TO COOPERATE FULLY MAY VOID ALL LIABILITY PROTECTION, PAI/ PEC, LIS, LDW AND PDW. You and any Authorized Operators authorize Hertz to obtain any records or information relating to any incident, irrevocably and unconditionally consent and submit to the jurisdiction of the courts of the jurisdiction in which the incident occurs and waive any right to object to such jurisdiction.

**12.     LIMITS ON LIABILITY**
a.     Hertz will not be liable to You or any Authorized Operators for any indirect, special or consequential damages (including lost profits) arising in any way out of any matter covered by this Agreement.

b.     You understand and agree that it is improper for You to file a lawsuit concerning this Agreement against any entity other than Hertz.

**13.     PARKING AND TRAFFIC VIOLATIONS/TOLLS/PRIVACY/KEYS**
a.     PAY YOUR TICKETS/TOLLS IMMEDIATELY: You will be responsible for fines and all parking or traffic violation fines and penalties, all towing, storage and impoundment fees and all tolls and tickets charged to the Car during the rental period.  You authorize Hertz to release your rental and charge card information to its designated vendor "American Traffic Solutions" for the exclusive purpose of processing and billing for fines, penalties and fees. You also agree to indemnify Hertz of American Traffic Solutions if they pay same. You agree to pay, upon billing, an administrative fee related to the cost of collection or cost of providing information about You to a court or governmental agency for each unpaid parking, toll or other citation incurred during the term of this rental.
For rentals in Hawaii, the amount of the administrative fee which You will be charged if Hertz is required to pay such a parking citation is $20.00 per citation; to avoid this, You are encouraged to pay all parking citations promptly and directly to the court.

b.     Hertz may collect and use personally identifiable data about You in accordance with Hertz's Privacy Policy for Rental Customers (the "Privacy Policy"). Among other things, the Privacy Policy provides that Hertz may use and disclose personally identifiable data about You as it reasonably believes is necessary to protect its business; to comply with applicable law; to protect the rights, privacy, safety or property of You or others; and to permit Hertz to pursue available remedies or limit the damages that it may sustain. Hertz may disclose personally identifiable data about You in response to requests from law enforcement agencies or government regulators. Pursuant to the Privacy Policy, You have options to limit the use or sharing by Hertz of personally identifiable data about You for marketing purposes and you may access and correct data about You. The Privacy Policy explains these options and provides information about how to choose an option. A full copy of Hertz's current Privacy Policy may be obtained by writing to Director, Privacy Services, The Hertz Corporation, P. O. Box 25901, Oklahoma City, OK 73125, USA; or by clicking on the Privacy Policy link at www.hertz.com.

c.     If You lose the keys to the Car, Hertz may charge You for the cost of replacing the keys and for the cost of delivering replacement keys (if possible) or towing the Car to the nearest Hertz location. If you lock the keys in the Car and request assistance from Hertz, Hertz may charge You for the cost of delivering replacement keys (if possible) or towing the Car to the nearest Hertz location.

**14.     WAIVER OR CHANGE OF TERMS/GOVERNING LAW**
a.     No term of this Agreement may be waived or changed except by a writing signed by an expressly authorized representative of Hertz. Rental representa-

tives are not authorized to waive or change any term of this Agreement.

b.   This Agreement shall be governed by the substantive law of the jurisdiction in which the rental commences, without giving effect to the choice of laws rules thereof, and You irrevocably and unconditionally consent and submit to the nonexclusive jurisdiction of the courts located in that jurisdiction.

c.   If any provision of this Agreement conflicts with any applicable law or regulation in any jurisdiction, then that provision shall be deemed to be modified as to that jurisdiction (but, to the extent permitted by law, not elsewhere) to be consistent with such law or regulation, or to be deleted if modification is impossible, and shall not affect the remainder of this Agreement, which shall continue in full force and effect. If any provision of this Agreement is held to be so broad as to be unenforceable in any jurisdiction, then that provision shall be interpreted to be only so broad as is necessary for it to be enforceable as to such jurisdiction (but, to the extent permitted by law, not elsewhere).

**15.   PAYMENTS TO INTERMEDIARIES**
If You arranged for this rental through a travel agent, Internet travel site, broker or other intermediary acting on Your behalf, Hertz may have paid commissions or other payments to that party to compensate it for arranging such rentals. That compensation may be based in part on the overall volume of business that party books with Hertz. For details on such compensation, You should contact that party.

SUMMARY OF OPTIONAL SERVICES

THIS IS A SUMMARY ONLY AND IS SUBJECT TO ALL OF THE PROVISIONS, LIMITATIONS AND EXCEPTIONS OF THE APPLICABLE LIABILITY INSURANCE SUPPLEMENT, PERSONAL ACCIDENT AND PERSONAL EFFECTS INSURANCE POLICIES (WHICH ARE AVAILABLE FOR INSPECTION UPON REQUEST), AND THIS AGREEMENT. FOR INFORMATION REGARDING THE OPTIONAL LOSS DAMAGE WAIVER AND THE OPTIONAL PARTIAL DAMAGE WAIVER, WHICH ARE NOT INSURANCE, SEE SUBPARAGRAPHS 4(d), 4(e) AND 7(d).

The insurance coverages offered by HERTZ (LIS and PAI/PEC) may provide a duplication of coverage already provided by a renter's personal automobile insurance policy or by another source of coverage. The purchase of these kinds of coverage is not required in order to rent a Car.

LIABILITY INSURANCE SUPPLEMENT (LIS)

COVERAGE
If You elect to purchase LIS, coverage will be provided to You and any Authorized Operators under an excess automobile liability insurance policy issued to Hertz.

LIMITS
LIS provides protection from third-party automobile liability claims for the difference between the liability protection limits provided under Paragraph 10 and a maximum combined single limit of One Million ($1,000,000) Dollars for bodily injury, including death, and property damage. LIS also provides uninsured and underinsured motorists coverage for bodily injury and property damage, if applicable, for the difference between the statutory minimum underlying limits and $100,000 limit of insurance for each accident. For rentals commencing in Vermont, LIS provides uninsured and underinsured motorists coverage for bodily injury and property damage, if applicable, for the difference between the statutory minimum underlying limits and $50,000.00 per person/$100,000.00 per accident; recoveries under any per accident limit are subject to the per person limit.

EXCLUSIONS
All exclusions, including claims arising from use of the Car as prohibited by this Agreement and claims by any of Your or any Authorized Operator's family members related by blood, marriage or adoption who resides with You or the Authorized Operator, are set forth in the applicable policy, a copy of which is available upon request.

HOW TO OBTAIN/DECLINE COVERAGE
If You accept LIS on the Rental Record, coverage will be provided during the rental period. The daily charge for LIS, which appears on the Rental Record, is due for each full or partial rental day.
PERSONAL ACCIDENT INSURANCE (PAI) AND PERSONAL EFFECTS COVERAGE (PEC)

If You accept PAI / PEC on the Rental Record, coverage will be provided during the rental period. Please note that PAI and PEC are not available separately and may only be taken in combination. The daily charge for PAI/PEC,

which appears on the Rental Record, is due for each full or partial rental day. Coverage will be provided under a policy issued to Hertz.

PERSONAL ACCIDENT INSURANCE (PAI):

COVERAGE AND BENEFITS
The PAI policies provide coverage for death directly caused by an accident independent of all other causes. The renter will be covered for any such accident during the rental period; passengers will also be covered, but only for accidents occurring while in, entering or exiting the Car. Benefits include death benefits of $175,000 for the renter and $17,500 per passenger. PAI also provides limited coverage for medical and ambulance expense. Benefits for any one accident are limited to $225,000. These benefits are payable without regard to any other benefits which may be due under any other insurance policy. Coverage is subject to various exclusions, terms and conditions.

EXCLUSIONS
PAI insurance excludes coverage for injury or death resulting from use of the Car in violation of this Agreement and also for injury or death which: (a) is intentionally self-inflicted; (b) results from aircraft travel; (c) results from committing or attempting to commit an assault or felony; (d) results from intoxicants or narcotics unless administered on the advice of a physician; or (e) results from suicide or attempted suicide while sane or insane.

NOTICE OF CLAIM
In the event of any occurrence likely to result in a claim for PAI benefits, immediate written notice should be given to Hertz. Hertz will provide You with a claim form and the address of the insurance company which is providing coverage. You will have to submit the claim form to the insurance company together with Your Rental Record.

PERSONAL EFFECTS COVERAGE (PEC):

COVERAGE
Coverage is provided for loss of or damage to covered personal effects owned by any covered persons while such personal effects are in transit or in any hotel or other building en route during a trip using the Car.

COVERED PERSONS
You and members of Your immediate family traveling with You during a trip using the Car who permanently reside in the same household with You are covered, if You accept PAI/PEC.

LIMITS OF LIABILITY
Maximum coverage during each rental period is $600 for each covered person. Total benefits in any rental period are limited to $1,800.

EXCLUSIONS
The following personal effects are not covered: Animals, automobiles, automobile equipment, motorcycles, boats, motors or other conveyances, household furniture, contact lenses, artificial teeth and limbs, currency, coins, deeds, bullion, stamps, securities, tickets, documents and perishables. Any loss or damage to personal effects caused by mysterious disappearance or use of the Car in violation of the Agreement is not covered. Benefits are not payable for delay, loss of market, indirect or consequential losses or damages of any kind.

NOTICE OF CLAIM
In the event of any occurrence likely to result in a claim for PEC benefits, immediate written notice should be given to Hertz. Hertz will provide You with a claim form and the address of the insurance company which is providing coverage.

WARNING: YOU MUST REMOVE KEYS, LOCK ALL DOORS, CLOSE ALL CAR WINDOWS AND THE TRUNK WHEN LEAVING THE CAR OR PEC COVERAGE WILL NOT APPLY, IN WHICH CASE YOU WILL BE RESPONSIBLE FOR ANY LOSS.

FOR RENTALS COMMENCING IN TEXAS: You may not need the automobile insurance offered by Hertz. Your personal automobile policy may provide coverage for your liability while operating a rental vehicle. The purchase of automobile rental liability insurance is not required as a condition of renting an automobile. This insurance does not apply to any bodily injury or property damage arising out of the use or permitting the use of a rental vehicle by any driver while under the influence of drugs or alcohol in violation of law.

hertz.com    **Hertz**®

NAME

COLOR/MODEL

LICENSE #

STALL #

**CALL TOLL FREE FOR THE FOLLOWING SERVICES**

| | |
|---|---|
| Emergency Roadside Assistance | 1-800-654-5060 |
| Rental Extensions or Change Return Location | 1-800-654-4174 |
| Worldwide Reservations | 1-800-654-3131 |
| Hertz Local Edition | 1-800-704-4473 |
| Customer Relations / Billing Inquiries | 1-800-654-4173 |
| (7AM – 7PM CST M–F) | |
| Receipt Copies Available at hertz.com | |
| Car Sales | 1-800-654-3131 |

**WARNING: DON'T LOSE YOUR RENTAL PRIVILEGES**
Allowing unauthorized drivers may result in loss of all insurance coverages
and your future rental privileges.

**HERTZ EXPRESS RETURN®**
(NOT AVAILABLE AT ALL LOCATIONS)

If using Express Return, please complete the information below
and deposit the folder and car keys in the Express Return Box.
A computed copy of your charges will be mailed to you.
Note: If you are returning to a location that is closed, all charges will
continue to accrue until the location re-opens for business.

| 2 | 1 | 2 | 8 | 2 |
|---|---|---|---|---|

Return Mileage

Return Date: ☐☐    Return Time: ☐ : ☐    AM PM

☒ I did NOT buy gas.    ☐ I DID buy gas and the fuel level is:

| E | 1/8 | 1/4 | 3/8 | 1/2 | 5/8 | 3/4 | 7/8 | F |
|---|-----|-----|-----|-----|-----|-----|-----|---|





# Hertz

PG 1 OF 3 # 0   RT RR H31687692

SOPER, JAMES

FLPOM23  0741923
VEHICLE  01398/7987837   10 CHEVY                    TK CAP      22
LIC FL 563LCM   CLS L4   MILES OUT   6023            FUEL OUT  3 /8
RENTED: 02/18/2010 08:46 @   POMPANO BEACH
RETURN: 02/18/2010 06:46 @   POMPANO BEACH

You agree to pay charges at the rates and in the amounts that appear
on the left of the table below. Taxable charges are denoted by a T, and
additional details about some charges appear beneath the table. Hertz's
estimates of Your total charges appear on the right of the table below.
Hertz's estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that are either listed below opposite "***" or cannot be calculated until return.
If any of these assumptions is incorrect, additional charges or charges at
higher rates may apply.

| CHARGE RATE / AMOUNT | | CHARGE ESTIMATE | |
|---|---|---|---|
| TIME / MILEAGE CHGS: RATE PLAN -   Custom | [H] | CLASS  L4 | |
| 4  @ $  40   / DAY | | $ | 160.00 |
| | | | |
| ADJUSTMENT | | | |
| SUBTOTAL | | T $ | 160.00 |
| ADDITIONAL CHARGES | | | |
| | | | |
| OPTIONAL SERVICES | | | |
| | | | |
| FUEL & SERVICE $  0.437/MI $  8.999/GL  22  /TK CAPT $ | | | **** |
| TAX / FEES | | | |
| | | | |
| TAX     6.00  % ON EST. TAXABLE TTL $ 0.00 | | $ | 0.00 |
| ADJUSTMENTS | | | |
| ESTIMATED COMPANY CHARGE | | $ | 160.00 |
| | | | |
| TOTAL ESTIMATED CHARGE | | $ | 160.00 |
| H31687692 | | | |

# Hertz.

PG 2 OF 3 # 0   RT  RR H31687692

CC

Further information relating to Your rental charges, and other terms to
which You agree, appear below.
EXTRA CHARGES IF APPLICABLE:
$ LateChaPER EX HR

FUEL & SERVICE CHARGES:  PURSUANT TO PARAGRAPH 8 OF THE
RENTAL AGREEMENT, FUEL & SERVICE CHARGES APPLY
AT $  8.999  PER GALLON OR, IF YOU DO NOT BUY
FUEL DURING THE RENTAL AT $  0.437  PER MILE.
BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.

YOU AGREE TO OPTIONAL SERVICES OF:
LDW    DECLINED
PDW    DECLINED
LIS      DECLINED
PAI      DECLINED
OTHER FEES AND ASSESSMENTS:
SALES TAX        6   %

TAX RATE -    6.00 % APPLIES TO ALL CHARGES MARKED T
T PROPERTY TAX, TITLE AND LICENSE FEE REIMBURSEMENT
- YOU REPRESENT THAT YOU ARE SPECIFICALLY AUTHORIZED
TO RECEIVE BENEFITS EXTENDED TO EMPLOYEES/ MEMBERS OF
CDP   1199401               LANDROVER FL LAUDERDALE
                                         RO# 89125        PO#3002351
T COMPANY CHARGE                                   $        160.00

PASSENGER CAPACITY: THE PASSENGER CAPACITY OF THIS
VEHICLE IS DETERMINED BY THE NUMBER OF SEATBELTS
AND, BY LAW, MUST NOT BE EXCEEDED. WHILE IN THE
VEHICLE, PLEASE FASTEN YOUR SEATBELT. IT SAVES LIVES AND
IT'S THE LAW.  SHOULD YOU REQUIRE A LARGER VEHICLE,
PLEASE CHECK AT THE COUNTER FOR AVAILABILITY.

YOU WILL BE CHARGED AN ADMINISTRATIVE FEE  ALONG WITH
TOWING/IMPOUND EXPENSES IF THE CAR MUST BE TOWED AS A
RESULT OF YOUR NEGLIGENCE.

RES:            PLAN:      Custom      CLASS:    L4
PREPARED BY:  7318/FLPQM23  PRINTED: 20100215095001 SERG

H31687692

**Hertz** PG 3 OF 3 # 0 RT  RR H31687692

TO BE CHARGED TO:
MC    XXXXXXXXXXXX6057   < AUTH $  50.00   /04596Z
          AT POMPANO BEACH          FLPOM23
PH  9549463057    Rental Ext #  CC
THIS VEHICLE MAY NOT BE DRIVEN INTO MEXICO.

If You decline Loss Damage Waiver (LDW) and Partial
Damage Waiver (PDW), which are optional, You may be
responsible for any loss or damage to the Car
regardless of fault (see Par.4 of the Rental Agreement
Terms And Conditions, which appear on the folder
(GN1900005) delivered to You with this Rental Record
(the Rental Terms). Coverage for all or part
of Your responsibility may be provided by Your own
auto insurance or under your credit card agreement.
Florida law requires Hertz's liability protection and
personal injury protection to be primary unless
otherwise stated. Therefore, Hertz herby informs You
that the valid and collectible liability insurance and
personal injury protection insurance of You or any
Authorized Operator is primary for the limits of
liability and personal injury protection coverage
required by ss.324.021 (7) and 627.736, Florida
statutes, unless You accept the optional LIS. Primary
insurance means that, in the event of a covered loss,
Your insurance or that of the Authorized Operator would
be responsible for the payment of personal injury or
property damage claims up to the limits of that insuranc
If any entity you direct to be billed failed to pay.
**You will be responsible for full payment of these
charges.**
Failure to return rental property or equipment upon
expiration of the rental period and failure to pay all
amounts due (including costs for damage to the property
or equipment) are evidence of abandonment or refusal
to redeliver property, punishable in accordance with
section 812.155, Florida Statutes.
You authorize Hertz to release your rental and
charge card information to our designated,
vendor, American Traffic Solutions for the exclusive
purpose of processing and billing tolls, parking
or traffic violation fines and penalites and, related
administrative fees incurred during the term of
your rental.
By signing below, you acknowledge that you have read,
understand, accept and agree or decline the Optional
Services as shown on this Rental Record. This
transaction is classified as a "Replacement" rental.
FOR RENTALS COMMENCING IN MIAMI-DADE COUNTY:
☐ I have received the visitor information map and
☐ I waive my right to receive the visitor

X _____ (CUSTOMER SIGNATURE ON FILE) ____ ___

*Renting Company - The Hertz Corporation*
The Hertz Privacy Policy governs the use of data about you. A copy
of the policy is available at the rental counter and online at hertz.com.

PlatePass - High speed, all-electronic non-stop toll collection for car rentals.          Page 1 of 1



## Account Status

Date: 3/29/2010 12:39:27 PM                          Rental Agreement #: X31687692
Previous Balance:                                                          $14.25
Next Invoice Date: 04/07/2010                         *Current Balance: $0.00

## Account Summary

**Payments & Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 3/9/2010 | Payment 6142590 Applied | -$14.25 |
| | Total | -$14.25 |

**Balance Forward: $0.00

**Pending Charges**

| Date | Description | Amount |
|------|-------------|--------|
| | Total | $0.00 |

*Current Balance: $0.00

**Invoices - Click on Invoice Number to View/Print an invoice and payment coupon**

| Invoice Number (Click to view) | Issued Date | Due Date | Amount Due |
|---|---|---|---|
| 8322098_1 | 3/10/2010 12:00:00 AM | 3/24/2010 12:00:00 AM | $14.25 |

Invoice Detail

| Date | Description | Amount |
|------|-------------|--------|
| 2/23/2010 | Toll Charge: GOLDEN GLADES 10:50:25 PM | $1.00 |
| 2/23/2010 | Toll Charge: GOLDEN GLADES 4:41:53 PM | $1.00 |
| 2/23/2010 | Toll Charge: I-95 NW54TH NB HOT LANES 4:29:48 PM | $2.25 |
| 2/23/2010 | Administrative Fee: 10 days @ $2.50/day, Max $10.00/month | $10.00 |

\* This is not an invoice. Account Status may not include all charges as toll charges can take up to 6 weeks to be processed by the toll authority.

\*\* Previous invoice balance less payments and credits.

Questions? Contact Customer Service at (877) 411-4300

© 2010 American Traffic Solutions, Inc.

Home | Print Receipt | Locations | How It Works | News | About Us | Legal Notices | Contact Us

https://www.platepass.com/receipt/ReceiptDetail.aspx          **EXHIBIT "B"**          3/29/2010